IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TED DARNELL HARVIN ,

        Appellant,

  v.

STATE OF FLORIDA,

        Appellee.
_____/

Case No. 5D23-339
LT Case No. 99-7509-CFA

Opinion filed January 24, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Ted Darnell Harvin, Malone, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Heather Flanagan
Ross, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM

    AFFIRMED. See Simmons v. State, 332 So. 3d 1129 (5th DCA 2022).

MAKAR, JAY and HARRIS, JJ., concur.